IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES WILLIAMS,                    )
                                     )
        Plaintiff,                   )
v.                                   )    CASE NO.  2:13-cv-432-MHT
                                     )          WO
JEFFERY OWENS, *et al.,*             )
                                     )
        Defendants.                  )

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit challenging the constitutionality of arrests and warrants surrounding events that occurred on September 25, 2011, and January 12, 2013.  This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that certain defendants and the claims against them be dismissed; that other defendants' motions for dismissal and summary judgment be granted as to the federal claims against them; and that the remaining state-law claims be dismissed without prejudice. There are no objections to the recommendations.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court that the magistrate judge's recommendations (Doc. Nos. 45 & 46) are adopted.

An appropriate judgment will be entered.

DONE this the 24th day of September, 2014.

                          _____/s/ Myron H. Thompson_____
                          UNITED STATES DISTRICT JUDGE