IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES WILLIAMS, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:13-cv-432-MHT |
| | )           WO |
| JEFFERY OWENS, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## JUDGMENT

In accordance with the opinion and order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1)   The claims against defendant "Jeffery" Owens, as well as unnamed and unserved defendants in the amended complaint are dismissed for lack of service.

(2)   Defendant Officer Smith's motion to quash (Doc. No. 20) is granted; and defendant Smith and all claims against him are dismissed without prejudice for lack of service.

(3)   Defendants ABC Board, "Geoffery" Owens, Jeremy Jones, Robbie, Barton, Marvin Willford's motion to dismiss (Doc. No. 18) is granted; the federal claims against them are dismissed with prejudice; the state-law claims against them are dismissed without prejudice; and the alternative motion for more definite statement (Doc. No. 18) is denied as moot.

(4) Defendants Russell Thomas, Bob Williamson, and William Cope's motion to dismiss (Doc. No. 21) is granted; the federal claims against them are dismissed with prejudice; and the state-law claims against them are dismissed without prejudice.

(5) Defendant Chris Brooks's motion for summary judgment (Doc. No. 38) is granted; summary judgment is entered in favor of defendant Brooks and against plaintiff Charles Williams on the federal claims against defendant Brooks; and the state-law claims against defendant Brooks are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff Williams, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE this the 24th day of September, 2014.

                                                /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE